JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808)377-6778
Email: justinbrackettlaw@gmail.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| KENEKE KEALAKAI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Velocity Investments, LLC,<br><br>　　　　　Defendant. | CASE NO. 1:19-CV-143-SOM-RT<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action on the merits and with prejudice, with each party to bear its own attorney's fees and costs. The entire action including all claims between and among the parties, however denominated, and all parties are dismissed on the merits and with prejudice by this stipulation. There are no remaining parties, claims and/or issues.

1

Respectfully submitted this 2nd day of May, 2019

>Attorney for Plaintiff:
>Keneke Kealakai
>
>*/s/ Justin A. Brackett*
>Justin A. Brackett
>
>
>Attorney for Defendant:
>Velocity Investments, LLC
>
>*/s/ Brandon Stein*
>Brandon Stein
>Hinshaw & Culbertson, LLP

APPROVED AS TO FORM:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Keneke Kealakai v. Velocity Investments, LLC
CASE NO. 1:19-CV-143-SOM-RT, STIPULATION OF DISMISSAL WITH PREJUDICE